UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES, et al.,<br>          Defendants. | Case No. 1:22-cv-00855-JLT-SKO<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 9) |

On July 11, 2022, Plaintiff, proceeding pro se and *in forma pauperis*, filed the complaint in this action. (Docs. 1, 2.)

On September 8, 2022, the assigned magistrate judge issued an order finding that Plaintiff's complaint failed to state any cognizable claims and granting leave for Plaintiff to file an amended complaint, or otherwise state that he stands on his complaint, within 30 days. (Doc. 6.) To date, Plaintiff has not filed an amended complaint, a statement indicating he stands on his complaint, or requested an extension of time in which to do so.

On October 18, 2022, an order issued for Plaintiff to show cause ("OSC") within 21 days why the action should not be dismissed for his failure to comply with the Court's screening order and for failure to prosecute this case. (Doc. 7.) Plaintiff was warned in both the screening order and the OSC that the failure to comply with the Court's order would result in a recommendation to

the presiding district judge of the dismissal of this action. (*Id*. at 2. *See also* Doc. No. 6 at 8.) Plaintiff did not file any response, and the time to do so has passed.

On November 22, 2022, the assigned magistrate judge issued findings and recommended that the case be dismissed with prejudice due to Plaintiff's failure to comply with the Court's orders and failure to prosecute. (Doc. 9.) The Court granted Plaintiff 21 days from the date of service to file any objections to the recommendation of the magistrate judge. (Doc. 9 at 2.) In addition, the Court advised them "that failure to file objections within the specified time may waive the right to appeal the district judge's order." (*Id*., citing *Wilkerson v. Wheele*r, 772 F.3d 834, 834 (9th Cir. 2014).) Thus, any objections were due no later than December 16, 2022. To date, no objections have been filed.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendation are supported by the record and proper analysis. Based upon the foregoing, the Court ORDERS:

1. The findings and recommendation filed November 22, 2022 (Doc. 9) are **ADOPTED IN FULL.**
2. This action is **DISMISSED**.
3. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

Dated:   **December 23, 2022**

UNITED STATES DISTRICT JUDGE